**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HIRAN PUJOL,<br><br>        Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, N.A., et al.,<br><br>        Defendant(s). | 2:12-CV-1616 JCM (VCF) |

**ORDER**

Presently before the court is plaintiff Hiran Pujol's motion for emergency injunctive relief under NRCP 65. (Doc. # 6).

On September 13, 2012, plaintiff filed the instant action against defendants Bank of America, *et al.* alleging failure to comply with Real Estate Settlement Procedures Act (RESPA), fraudulent foreclosure, failure to comply with the Fair Debt Collection Act, fraudulent assignment, and notary fraud. (Doc. # 1). On October 1, 2012, plaintiff filed the instant motion for an injunction prohibiting defendants from foreclosing on property located at 7607 Brightwood Drive, Las Vegas, NV 89123. Plaintiff represents that a foreclosure sale on this property is presently set for October 25, 2012.

Given the nature of the relief sought and the definite date on which harm may occur, the court finds this matter appropriate for an expedited briefing schedule.

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants shall have up to, and including, October 10, 2012, to file a response to the instant motion.

IT IS FURTHER ORDERED that plaintiff shall have up to, and including, October 16, 2012, to file his reply.

DATED October 2, 2012.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE